UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Criminal No. 01-350 |
| MIKHAIL DYAKOVETSKY | : | <u>ORDER FOR DISMISSAL</u> |

Under Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of New Jersey hereby moves to dismiss Information No. 01-350, which was filed on May 22, 2001 charging a violation of Title 18, United States Code, Section 371 (Conspiracy to commit wire fraud), and to which the defendant pleaded guilty on May 22, 2001, for the following reason:

the defendant, MIKHAIL DYAKOVETSKY, died on December 1, 2006, prior to sentencing.

_____
CHRISTOPHER J. CHRISTIE
United States Attorney

Leave of Court is granted for the filing of the foregoing order of dismissal.

_____
HONORABLE WILLIAM H. WALLS
United States District Judge

February 21, 2007